IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TOMMY GREEN, SR.,**

      **Plaintiff,**

v.                                               Case No. 4:15cv572-MW/CAS

**JULIE JONES, et al.,**

      **Defendants.**
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's motion for leave to proceed *in forma pauperis*, ECF No. 2, is **DENIED** pursuant to 28 U.S.C. § 1915(g). All pending motions are **DENIED**. This case is **DISMISSED without prejudice**." The Clerk shall close the file.

**SO ORDERED on December 31, 2015.**

                                                           **s/Mark E. Walker              **
                                                           **United States District Judge**